1 CRIS C. VAUGHAN, SBN 99568
VAUGHAN & ASSOCIATES
2 6207 South Walnut Street, Suite 800
3 Loomis, CA 95650
Telephone: 916-660-9401
4 Facsimile: 916-660-9378

5

6 Attorneys for Defendants
DJPR, LLC, Individually and dba Valencia Club
7 and Kenneth L. Stimson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>DJPR, LLC, Individually and dba VALENCIA CLUB; KENNETH L. STIMSON,<br>Defendants. | CASE NO. 2:08-cv-02271-FCD-DAD<br><br>**STIPULATION AND ORDER TO SET ASIDE DEFAULT**<br>**[Rule 55(c) FRCP]** |

Pursuant to Rule 55(c) of the Federal Rules of Civil Procedure, Plaintiff, SCOTT N. JOHNSON and Defendants, DJPR, LLC, Individually and dba VALENCIA CLUB and KENNETH L. STIMSON, by and through their respective attorneys, Scott N. Johnson and Cris C. Vaughan, hereby stipulate to, and request the Court to, set aside the default that was entered by the Clerk in this matter on December 23, 2008, for good cause and in the interests of justice and allow Defendants, DJPR, LLC, Individually and

dba VALENCIA CLUB and KENNETH L. STIMSON to file an Answer to the Complaint within ten (10) days after entry of the Order setting aside the default.

The Parties further request the Court to vacate Plaintiff's Motion for Default Judgment against Defendants, DJPR, LLC, Individually and dba VALENCIA CLUB and KENNETH L. STIMSON set for April 24, 2009 before Magistrate Judge Dale A. Drozd.

IT IS SO STIPULATED.

Dated: April 20, 2009

    /s/Scott N. Johnson
Scott N. Johnson, Attorney for
Plaintiff

Dated: April 17, 2009

    **/S/** CRIS C. VAUGHAN
Cris C. Vaughan, Attorney for
Defendants, DJPR, LLC, Individually
and dba VALENCIA CLUB and
KENNETH L. STIMSON

/ / /

/ / /

/ / /

/ / /

# ORDER

IT IS SO ORDERED; that the Default entered in this matter on December 23, 2008 is hereby set aside and Defendants, DJPR, LLC, Individually and dba VALENCIA CLUB and KENNETH L. STIMSON shall file an Answer to the Complaint no later than ten (10) days after this Order is filed.

Plaintiff's Motion for Default Judgment against Defendants, DJPR, LLC, Individually and dba VALENCIA CLUB and KENNETH L. STIMSON set for April 24, 2009 before Magistrate Judge Dale A. Drozd is hereby vacated.

Dated: April 20, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE